IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUMARO BAEZ,

    Petitioner,

v.

WILLIAM MUNIZ, Warden, Salinas Valley State Prison,

    Respondent.

No. C 15-01722 WHA

**ORDER TO SHOW CAUSE**

    Petitioner Gumaro Baez is currently incarcerated in the state of California. Pursuant to 28 U.S.C. 2254, he has filed a petition for a writ of habeas corpus, through his counsel. In his petition for writ of habeas corpus, he has stated valid claims under Section 2254. Thus, respondent is **ORDERED TO ANSWER THE PETITION**.

    **RESPONDENT SHALL FILE WITH THE COURT AND SERVE ON PETITIONER, WITHIN NINETY DAYS OF THE ISSUANCE OF THIS ORDER, AN ANSWER** conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the claims found cognizable herein. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. The record must be indexed. If petitioner wishes to respond to the answer, he **SHALL FILE A TRAVERSE AND SERVE IT ON RESPONDENT WITHIN THIRTY DAYS OF THE DATE THAT THE ANSWER IS FILED.**

Respondent may file, within ninety days, a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within thirty days of the date the motion is filed, and respondent shall file with the Court and serve on petitioner a reply within fifteen days of the date any opposition is filed.

**IT IS SO ORDERED.**

Dated: December 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE