IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUMARO BAEZ,

    Plaintiff,

v.

WILLIAM MUNIZ, Warden, Salinas Valley State Prison,

    Defendant.

No. C 15-01722 WHA

**ORDER RE REQUEST FOR EXTENSION**

In this habeas action, counsel for petitioner Gumaro Baez moves for an extension of time to file his traverse from January 21, 2016, to February 20, 2016. The reasons given for the proposed extension are that counsel took a vacation in December, has an appellate brief due in early February in a different case, and recently drafted a demurrer in a third case. Petitioner's motion is **GRANTED IN PART**. The traverse shall be due by **NOON ON FEBRUARY 7, 2016.** No more extensions will be granted.

**IT IS SO ORDERED.**

Dated: January 19, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE