IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUMARO BAEZ,

    Petitioner,

  v.

WILLIAM MUNIZ, Warden, Salinas Valley State Prison,

    Respondent.

No. C 15-01722 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying the petition for a writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent William Muniz and against petitioner Gumaro Baez. The Clerk **SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE