IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUMARO BAEZ,

    Petitioner,

v.

WILLIAM MUNIZ, Warden, Salinas Valley State Prison,

    Respondent.

No. C 15-01722 WHA

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

On May 12, 2016, petitioner's habeas petition was denied. (*Order Denying Petition for Writ of Habeas Corpus,* Dkt. No. 17.) On May 26, 2016, petitioner filed a motion for a certificate of appealability (Dkt. No. 20).

A certificate of appealability will not issue because reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the United States Court of Appeals.

**IT IS SO ORDERED.**

Dated: June 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE